IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-09701 |
| | ) | |
| Dane Heating and | ) | Chapter 11 |
| Air Conditioning, Inc., | ) | |
| | ) | Judge Deborah L. Thorne |
| Debtor. | ) | |

## NOTICE OF MOTION ON DEBTOR'S MOTION FOR FINAL DECREE

To:   See attached Service List.

     PLEASE TAKE NOTICE THAT ON **January 12, 2023 at 9:00 a.m.**, I will appear before the **Honorable Deborah L. Thorne**, or any Judge sitting in that judge's place, either in courtroom **682** of the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, or electronically as described below, and present the attached *Debtor's Motion For Final Decree*, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

**To appear by video**, use this link: https//www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and password.

**Meeting ID and password.** The **meeting ID** for this hearing is **160-9362-1728**. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                                              */s/ Richard G. Larsen*
                                                                               Attorney for Debtor

Richard G. Larsen
Springer Larsen Greene, LLC
300 S. County Farm Road, Suite G
Wheaton, Illinois 60187

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on the **January 4, 2023**.

                                                             /s/ Richard G. Larsen
                                                             Attorney for Debtor

## SERVICE LIST

*Via Electronic Service*

United States Trustee
Patrick S. Layng
219 South Dearborn St.
Suite 873
USTPRegion11.ES.ECF@usdoj.gov

Ken Novak, CPA, CGMA, CFF, CFE
Ken Novak & Associates, Inc.
3356 Lake Knoll Drive
Northbrook, IL 60062
Email: knovak@kennovakinc.com

David Paul Holtkamp
Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 S Dearborn St., Room 87 3
Chicago, IL 60604
Email: David.Holtkamp@usdoj.gov

Michael Sally
330th Fifth Ave.
Mail Stop: PT-PTWR-18-1
Pittsburgh, PA 15222
Email: Michael.Sally@PNC.com

Thomas M. Gearhart
Teller, Levit & Silvertrust, P.C.
Creditors; Rights Attorneys
19 South LaSalee, St., Suite 701
Chicago, IL 60603
Email: tgearhart@tellerlevit.com

*Via U.S. Mail*

Dane Jajic
1714 S. Clarendon Hills Road
Willowbrook, IL 60527

Dane Heating & Air Conditioning, Inc.
7714 S, Clarendon Hills Road
Willowbrook, IL 60527

William Mallas
President
LeLund Enterprises, Inc.
1040 N. Main Street
Lombard, IL 60148

Kenneth W. Clingen
Registered agent
LeLund Enterprises, Inc.
2300 Cabot Drive
Suite 500
Lisle, IL 60532

Andy Reiser, CEO
Kapitus
120 West 54th Street
New York, N.Y. 10036

Jesse Carlson, General Counsel
Kapitus
120 West 45th Street
New York, N.Y. 10036

Base Solutions
779 Church Road
Elmhurst, IL 60126-1413

Cassie Hauserman - Attorney at Law
c/o Munch's Supply, LLC
P.O. Box 241566
Cleveland, OH 44124-8566

Kapitus, LLC
2500 Wilson Blvd., Ste 350
Arlington, VA 22201-3873

LG Construction Group, LLC
2234 W North Ave.
Chicago, IL 60647-5443

LeLund Enterprises, Inc.
1040 N. Main St
Lombard, IL 60148-1361

Munch's Supply, Inc.
1901 Ferro Dr.
New Lenox, IL 60451-3505

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Schaefers Law Group LLC
300 S. County Farm Road
Suite L
Wheaton, IL 60187

Ken Novak
Ken Novak & Associates, Inc.
3356 Lake Knoll Dr.
Northbrook, IL 60062-6316

PNC Bank
P.O.Box 3429
Pittsburgh, PA 15230-3429

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-09701 |
| | ) | |
| Dane Heating and | ) | Chapter 11 |
| Air Conditioning, Inc. | ) | |
| | ) | Judge Deborah L. Thorne |
| Debtor. | ) | |

## MOTION FOR FINAL DECREE AND ORDER CLOSING CASE

NOW COMES the Debtor, Dane Heating and Air Conditioning, Inc., by its attorneys, Richard G. Larsen and Springer Larsen Greene, LLC., and for its Motion for Final Decree pursuant to Bankruptcy Rule 3022 and Local Rule 3022-1, states as follows:

1. The order confirming the Debtor's Amended Plan of Reorganization dated May 10, 2022, ("Plan") was entered on July 1, 2022 and is a final order of this Court.

2. The status of payments due to each class and interest under the plan is as follows as of the date of presentment of this Motion:

   A. Class 1 – Administrative claims

   Payments have commenced and are current.

   B. Class 2 – Kapitus

   Claim of Kapitus is fully satisfied

   C. Class 3 – Unsecured Claims

   Debtor is current on quarterly payments and unsecured creditor payments will commence upon satisfaction of administrative claims. This should commence at the end of the 1st Quarter of 2023.

3. Contested matters and adversary proceedings have been resolved.

1

4. Debtor's counsel has notified all creditors of the estate of the scheduled hearing for final decree in this matter, as per the Certificate of Service. A proposed order is appended to this Motion.

WHEREFORE, Debtor prays for entry of a final decree closing this matter and for such other relief as the Court deem just.

Dated: January 4, 2023

Respectfully submitted

Dane Heating and Air Conditioning, Inc.

By:/s/Richard G. Larsen
One of its attorneys

Richard G. Larsen
Springer Larsen Greene, LLC
300 S. County Farm Road
Suite G
Wheaton, Illinois 60187
630-510-0000
rlarsen@springerbrown.com