UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-09701 |
| Dane Heating and Air Conditioning, Inc., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE AND ORDER CLOSING CASE

The Plan of Reorganization under Chapter 11 of the Bankruptcy Code, was confirmed on May 10, 2022, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and notice of the Debtor's Application for Final Decree having been given to all parties in interest in accord with the certificate of service filed on the docket and the Court FINDS, based upon representations of Counsel,

1. Costs of Administration have been or will be paid in full at the close of the first quarter of 2023

2. There is no pending bankruptcy litigation including motions, contested matters in adversary proceedings by or against the Debtor

IT IS HEREBY ORDERED:

1) The Clerk of the Court is authorized to close this case.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  January 12, 2023

**Prepared by:**

Richard G. Larsen
Springer Larsen Greene, LLC
300 S. County Farm Rd., Suite G
Wheaton, IL 60187
rlarsen@springerbrown.com